UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CEDRIC RAYNARD STUBBS and
DECHANTRA CATRECIA STUBBS,

   Plaintiffs,

v.           Case No:   2:16-cv-762-FtM-99CM

RIVERSIDE BANK OF THE GULF
COAST, TIB BANK, FIRST
HORIZON HOME LOAN, FIRST
TENNESSEE HOME LOAN,
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.
("MERS"), SETERUS, FANNIE MAE,
JANE DOES and JOHN DOES,

   Defendants.

_____/

## **ORDER**[1]

  This matter comes before the Court on Plaintiffs' Amended Motion to Intervene (Doc. #6) filed on October 27, 2016.  On October 14, 2016, the Court entered an Order dismissing Plaintiffs' *pro se* Complaint (Doc. #1) without prejudice for lack of subject matter jurisdiction and allowed Plaintiffs the opportunity to amend.  (Doc. #3).   Instead of filing an amended complaint, Plaintiffs filed this instant motion.  Instead of construing the motion as an amended complaint, in an abundance of caution the Court will allow Plaintiffs additional time to file an amended complaint in accordance with the Court's October 14,

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

2016 Order.  When doing so, Plaintiffs should title the document "amended complaint" and include allegations in accordance with this Court's October 14, 2016 Order.  Plaintiffs are warned that failure to do so will result in dismissal of this case.

Accordingly, it is now

**ORDERED:**

(1) Plaintiffs' Amended Motion to Intervene (Doc. #6) is **DENIED.**

(2) Plaintiffs may file an amended complaint on or before **November 18, 2016.**

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of November, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record